# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>     vs.<br><br>DOROTEO IBARRA SANDOVAL,<br><br>                      Defendant. | CASE NO. 12CR0384-AJB<br><br>JUDGMENT OF DISMISSAL |



FILED MAR 1 6 2012

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) as charged in the Indictment:

21:952 and 960 - Importation of Marijuana

---

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 03/14/12

Anthony J. Battaglia
U.S. Magistrate Judge